LAW OFFICE OF
NATHANIEL B. SMITH
ATTORNEY AT LAW
80 BROAD STREET-SUITE 1900
NEW YORK. NEW YORK 10004

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

December 10, 2018

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Mizrahi v. City of New York*
*15-cv-6084 (ARR)(LB)*

Dear Judge Bloom:

    As plaintiff's counsel, I am writing to inform the Court that the parties have exchanges drafts of settlement papers and are still working on two issues relating to lien waivers and the content of a general release for the hospital defendants. As such, I am writing with the consent of all counsel to request an additional two weeks in which to submit final settlement papers to the Court.

Respectfully submitted,

Nathaniel B. Smith

cc: All Counsel